# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA FRANCO, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No.: 1:18-cv-01059 - JLT <br><br> ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED FEBRUARY 20, 2019 <br><br> (Doc. 13) |

The Court ordered Defendant to show cause why sanctions should not be imposed for failure comply with the Court's order to serve a response to Plaintiff's letter brief. In the alternative, Defendant was directed to file a proof of service of the responsive brief. (Doc. 13) The same day, Defendant filed a proof of service indicating Plaintiff was served with the letter brief by email on February 20, 2019. (*See* Doc. 14 at 2) Accordingly, the Court **ORDERS**: the Order to Show Cause dated February 20, 2019 (Doc. 13) is **DISCHARGED**.

IT IS SO ORDERED.

Dated: __**February 21, 2019**__        __**/s/ Jennifer L. Thurston**__
                                                                     UNITED STATES MAGISTRATE JUDGE