# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA FRANCO,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:18-cv-01059 - JLT<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 17) |

On April 12, 2019, the Commissioner of Social Security filed a stipulation of the parties for the Commissioner to have an extension of thirty days to respond to Plaintiff's opening brief. (Doc. 17) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 5-1 at 4). Accordingly, the Court **ORDERS:**

1. The request for an extension of time (Doc. 17) is **GRANTED**; and
2. The Commissioner **SHALL** file a response to Plaintiff's opening brief no later than **May 21, 2019**.

IT IS SO ORDERED.

    Dated:   **April 12, 2019**                  **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE