# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA FRANCO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:18-cv-1059 - JLT<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR A SECOND EXTENSION OF TIME<br><br>(Doc. 19) |

On May 21, 2019, the Commissioner filed a motion for a second extension of time, requesting an additional thirty-five days to file a response to Plaintiff's opening brief. (Doc. 19) The Scheduling Order allows for a single extension by stipulation, and additional "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (Doc. 5 at 4) Based upon the information provided by counsel and good cause appearing, the Court **ORDERS**:

1. The Commissioner's motion for an extension of time (Doc. 19) is **GRANTED**; and
2. The Commissioner **SHALL** file a responsive brief no later than **June 25, 2019**.

IT IS SO ORDERED.

Dated: __May 22, 2019__　　　　　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE