# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA FRANCO,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW M. SAUL[1],<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:18-cv-1059 - JLT<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR A THIRD EXTENSION OF TIME<br><br>(Doc. 21) |

On June 25, 2019, the Commissioner filed a motion for an additional extension of time to file a response to Plaintiff's opening brief, which was filed on March 18, 2019. (Doc. 21) The Scheduling Order allows for a single extension of thirty days by the stipulation of the parties (Doc. 5-1 at 4), which was previously used in this action. (Docs. 17, 18) This is now the third extension of time sought by the Commissioner in the action. (*See* Docs. 17, 19, 21)

Beyond the single extension by stipulation, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (Doc. 5-1 at 4) In addition, the parties were cautioned that requests for modification of the Court's schedule "will **not** routinely be granted." (*Id.*, emphasis in original) Counsel for the Commissioner, Tina Naicker, asserts there is

---

[1] This action was originally brought against Nancy A. Berryhill in her capacity as then-Acting Commissioner. Andrew M. Saul, the newly appointed Commissioner, has been automatically substituted. *See* Fed. R. Civ. P. 25(d).

1

good cause for the extension because she was "not feeling well on the date of the current filing deadline and has been having back to back chronic migraines, which impair her vision." (Doc. 21 at 1) In addition, Ms. Naicker reports she "has over 100+ active social security matters, which require two or more dispositive motions until mid-July." (*Id.*) According to Ms. Naicker, "To the extent the Motion is not granted, Defendant will not be able to adequately review the issues raised in Plaintiff's Opening Brief and prepare [a] response." (*Id.*) Ms. Naicker reports she contacted Plaintiff's counsel, who does not oppose the extension requested. (Doc. 21-1 at 2, Naicker Decl. ¶ 4) Further, it does not appear Plaintiff will suffer prejudice from the additional extension of time. Accordingly, the Court **ORDERS**:

1. Defendant's motion for a third extension of time (Doc. 21) is **GRANTED**; and
2. Defendant **SHALL** respond to the opening brief no later than **July 8, 2019**.

The parties are advised that absent a showing of exceptionally good cause—which will not include the workloads of counsel—no further extensions of time will be granted.

IT IS SO ORDERED.

Dated: **June 26, 2019**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE